# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| James Kinney, et al., | Civil No. 06-3683 (RHK/JSM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| National Real Estate Assignments, LLC, a Minnesota limited liability company as itself and d/b/a American National Assignments, et al., | |
| Defendants. | |

---

Based upon Defendants' Notice of Withdrawal of Notice of Removal (Doc. No. 3), **IT IS ORDERED** that this matter is summarily **REMANDED** to the Minnesota District Court for the Fourth Judicial District, in Hennepin County, Minnesota.

Dated: October 24, 2006

                                                        s/Richard H. Kyle  
                                                        RICHARD H. KYLE  
                                                        United States District Judge